RE: Status Update 7/30/21

RECEIVED
SDNY PRO SE OFFICE
2021 AUG 12 AM 10: 34
S.D. OF N.Y.

Clerk of Court,

I request a status update, including docket for 7 of my outstanding lawsuits:

21-CV-4042
21-CV-5061
21-CV-5168
21-CV-5173
21-CV-5213
21-CV-5313
21-CV-5554

All are captioned Joshua Adam Schulte v. United States of America, et al...

The prison here is deliberately delaying and sometimes discarding my mail from the courts (which is one of the lawsuits). I have not heard from any of these cases since filing for IFP status.

Additionally, there should be another seven, filed with numbers greater than 21-CV-5554, that I do not even have docket numbers. If there is any way that you could find those dockets as well, it would be greatly appreciated.

Thanks,

7/30/21 Josh Schulte, pro se

[signature]

Josh Schutte #79471054
MCC
150 Park Row
NY, NY 10007

FOREVER/USA

NEW YORK NY 100
6 AUG 2021 PM 6 L
6 AUG 2021 PM 7 L

~~Records~~
PRO-SE

AUG 12 AM 10:33
S.D. OF N.Y.

ATTN: Status Update
Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
NY, NY 10007

2021 AUG -9 4:05
CLERK'S OFFICE
S.D.N.Y.

USMP SDNY

10007-133099